AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Marie Assa'ad-Faltas,
  *Plaintiff*
                    v.                                    Civil Action No.    3:22-923-TLW

John W. Kittredge,
  *Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiff, Marie Assa'ad-Faltas shall take nothing of defendant John W. Kittredge as to her complaint and this action is dismissed without leave for amendment.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge presiding. The court having accepted the Report and Recommendation of Magistrate Judge Shiva V. Hodges, which recommended the case be dismissed without leave for amendment.

Date:  October 12, 2023                              *CLERK OF COURT*

                                                                s/Karen Boston
                                                     _____
                                                     *Signature of Clerk or Deputy Clerk*